

# NUMBER 13-23-00420-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

WELDER EXPLORATION &
PRODUCTION, INC.,                                                    Appellant,

v.

CACTUS COMPRESSION, INC.,                                            Appellee.

## ON APPEAL FROM THE 36TH DISTRICT COURT
## OF BEE COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Tijerina and Peña**
**Memorandum Opinion by Justice Peña**

This matter is before the Court on appellant's unopposed motion to dismiss appeal.

Appellant requests dismissal stating that the parties have resolved this matter by

agreement.

The Court, having considered appellant's motion, is of the opinion that the motion should be granted. *See* Tᴇx. R. Aᴘᴘ. P. 42.1(a)(1) (allowing the Court to "dismiss the appeal or affirm the appealed judgment or order unless such disposition would prevent a party from seeking relief to which it would otherwise be entitled"). Accordingly, we grant the unopposed motion to dismiss, and we dismiss the appeal. In accordance with the motion to dismiss, each party will bear its own costs. *See id*. R. 42.1(d). Because the appeal is dismissed at appellant's request, no motion for rehearing will be entertained.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
22nd day of August, 2024.